IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF 2014 BLACK DODGE CHARGER, BEARING TENNESSEE LICENSE PLATE QTDJ6J6 | No. 17-MJ-1145 |

**ORDER**

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this 19th day of December, 2017.

Barbara D. Holmes
United States Magistrate Judge